UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ahmed Mohamed Kamis Abo-Shaban,

    Petitioner,

v.

Director, Bureau of Immigration and
Customs Enforcement, et al,

    Respondents.
_____/

Civil No. 19-13117

Honorable Mark A. Goldsmith
Mag. Judge Michael J. Hluchniuk

# **STIPULATED ORDER TO DISMISS**

Petitioner Ahmed Abo-Shaban sought release from immigration detention pending his removal from the United States. The U.S. Immigration and Customs Enforcement issued a Release Notification on November 5, 2019. Based on this Release Notification, the parties hereby agree that the matter may be dismissed without prejudice.

Based on the stipulation of the parties, IT IS ORDERED THAT this matter is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  December 6, 2019
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

2

Approved as to form and content:

| | |
|---|---|
| MILLER CANFIELD | MATTHEW SCHNEIDER |
| | United States Attorney |
| | |
| */s/Wendolyn W. Richards (w/consent)* | */s/ Lynn M. Dodge* |
| WENDOLYN W. RICHARDS (P67776) | LYNN M. DODGE (P38136) |
| 150 West Jefferson, Suite 2500 | 211 W. Fort Street, Suite 2001 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 496-7532 | (313) 226-0205 |
| richards@millercanfield.com | lynn.dodge@usdoj.gov |
| Attorney for Petitioner | Attorney for Respondents |

2